**Donald R. TYES, Appellant,**

v.

**Weldon WILHOIT; Frederick M. Mills;
John Gordon; James Keathley; Dennis
Overby; Larry Bodenhammer;
Missouri State Highway Patrol; Michael
Pace, individually and in his
official capacity as Major of the Missouri
State Highway Patrol, Appellees.**

No. 00–2327.

United States Court of Appeals,
Eighth Circuit.

Submitted March 27, 2001.

Decided April 3, 2001.

Before RICHARD S. ARNOLD, FAGG,
and BOWMAN, Circuit Judges.

PER CURIAM.

Donald R. Tyes was employed at the Missouri State Highway Patrol (MSHP). After Tyes applied for and was denied several positions, he brought this discrimination lawsuit against the MSHP and several of its officers alleging race discrimination, retaliation, and disparate impact.

trict of Missouri.

The district court granted summary judgment to the defendants in a 127–page decision. The district court first concluded Tyes had suffered no adverse employment action by denial of a lateral transfer and Tye thus failed to establish a prima facie case. The district court also concluded Tye failed to create a genuine issue of fact regarding whether the MSHP's reason for the denial was pretextual. On appeal, Tyes argues the district court committed error in not finding pretext, citing *Reeves v. Sanderson Plumbing Products, Inc.,* 530 U.S. 133, 120 S.Ct. 2097, 147 L.Ed.2d 105 (2000). Having carefully reviewed the record, we affirm on the basis of the district court's thorough summary judgment ruling.* *See* 8th Cir. R. 47B.

* The Honorable Robert E. Larson, United States Magistrate Judge for the Western District of Missouri.